Exhibit 2

| US7613919B2 | Vonage ("The accused instrumentality") |
|---|---|
| 13. At a service provider in a computerized environment that includes a client, a service provider, and an authentication service, a method of the service provider authenticating the client through a one-time password previously exchanged between the authentication service and the client, the method comprising the service provider performing acts of: | The accused instrumentality discloses, at a service provider (e.g., the accused instrumentality) in a computerized environment that includes a client (e.g., a user of the accused instrumentality), a service provider (e.g., the accused instrumentality), and an authentication service (e.g., a multi-factor authentication service), a method of the service provider (e.g., the accused instrumentality) authenticating the client (e.g., a user of the accused instrumentality) through a one-time password (e.g., secure key) previously exchanged between the authentication service (e.g., a multi-factor authentication service) and the client (e.g., a user of the accused instrumentality).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Vonage web app, etc., a service provider, an authenticator app and an authentication service.<br><br><br>https://www.vonage.com/ |





https://ui.idp.vonage.com/ui/auth/login?
context=eyJoeWRyYUZsb3ciOiIwMGRkZjA0Ny1mZmE5LTQxZWMtOWVmNi0wMTU2NjhlYTljMj
YiLCJzdWJqZWN0IjoiIiwiZm9yY2VJZFAiOiIiLCJvaWRjQ29udGV4dCI6eyJhY3JfdmFsdWVzIjpudWx
sLCJ1aV9sb2NhbGVzIjpudWxsfSwiY2xpZW50SUQiOiJkYXNoYm9hcmQtdm5liiwicmVuaXN0c
mF0aW9uRmxvdyI6IiIsImxvZ2luRmxvdyI6IkF6TkdyeWFFNRWoxcy91dHdpdk9yeEN3KytpQkdx
RnNVWTExSZIBwZFBxZnBpZ01CQU5ra1Ftdzh4S1F1SUFFieUhOOHpvVkddKM3RzUTUzVmxlZZ25H
M3RydDdHaVlSK29JNm53ejdZN1RRY2YrT0ZJcFZZQWStlMDhMMllPYktOcys5IiwiYWRkcmVzc1ZI
cmlmmeSI6bnVsbCwiZm9yY2VMb2dnZWRPdXQiOmZhbHNILCJmbG93VHJhY2VJZCI6ImM2NTJlN
GQ1LTUzZWYtNDE0Zi1hZmQwLTIyYWU0Y2ZmOTE2YiIsInBob25lVmVyaWZpZWQiOmZhbHNlf
Q==

# Introducing TOTP Two-Factor Authentication for Secure Logins

Published on February 6, 2025    **#2fa**    **#security**    **#authentication**

Time to read: 2 minutes

☐ **Copy for LLM**    ◎ **View as Markdown**

At Vonage, we are committed to keeping your account secure. That is why we're introducing a new way to add an extra layer of protection to your login process: Time-Based One-Time Password, or TOTP, authentication using authenticator apps. This gives you and new users more options for securing your account, including our existing SMS and WhatsApp solutions.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

# What is TOTP?

TOTP is a type of two-factor authentication that generates a temporary, time-sensitive code that you will need to enter in addition to your regular password. This code is generated by an authenticator app on your smartphone, such as Google Authenticator (on the Play Store or Apple App Store), Microsoft Authenticator, or Ente Auth.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

# How Does it Work?

Here is a quick step-by-step explanation:

1. We generate a shared secret key and store it securely.
2. The authenticator app uses this key and the current time to generate a unique code.
3. You will enter this code when you log in, along with your regular password.
4. Our system generates a code using the same logic as your authenticator app and checks the code to see that it matches.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



Sign up for a Vonage account

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

| | |
|---|---|
| | As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.<br><br>Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user. |



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials
- **TOTP Generator Service:** Handles time-based code generation and validation
- **Client Application:** Simulates the authenticator app experience
- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,                                              client moniker
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,                          Password
    SignedInValidated = 0
};
```

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | [authenticators-work/](authenticators-work/)<br><br>**Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br>[https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/](https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/) |
| the service provider associating a prior authentication service identifier for the client with a prior service provider identifier for the client; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) associating a prior authentication service identifier (e.g., an identifier) for the client (e.g., a user of the accused instrumentality) with a prior service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused instrumentality).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Vonage web app, etc., a service provider, an authenticator app and an authentication service. |



https://ui.idp.vonage.com/ui/auth/login?
context=eyJoeWRyYUZsb3ciOiIwMGRkZjA0Ny1mZmE5LTQxZWMtOWVmNi0wMTU2NjhlYTljMj
YiLCJzdWJqZWN0IjoiIiwiZm9yY2VZFAiOiIiLCJvaWRjQ29udGV4dCI6eyJhY3JfdmFsdWVzIjpudWx
sLCJ1aV9sb2NhbGVzIjpudWxsfSwiY2xpZW50SUQiOiJkYXNoYm9hcmQtdm5iIiwicmVnaXN0c
mF0aW9uRmxvdyI6IiIsImxvZ2luRmxvdyI6IkF6TkdyeWWFNRWoxcy91dHdpdpdk9yeEN3KytppQkdx
RnVWTExSZlBwZFBxZnBpZ01CQU5ra1FTdzh4S1F1SUFieUhOOOHpvVkdKM3RzUTUzVmxxLZ25H
M3RydDDdHaVlSK29JNm53ejdZN1RRY2YrT0ZJcFZQWStLMDhMMllPYktOcys5IiwiYWRkcmVzc1Zl
cmlmmeSI6bnVsbCwiZm9yY2VMb2dnZWRPdXQiOmZhbHNILCJmbG93VHJhY2VJZCI6ImM2NTJlN
GQ1LTUzZWYtNDE0Zi1hZmQwLTIyYWU0Y2ZmOTE2YilsInBob25lVmVyaWZpZWQiOmZhbHNlf
Q==

# Introducing TOTP Two-Factor Authentication for Secure Logins

Published on February 6, 2025     **#2fa**   **#security**   **#authentication**

Time to read: 2 minutes

▢ **Copy for LLM**     ◎ **View as Markdown**

At Vonage, we are committed to keeping your account secure. That is why we're introducing a new way to add an extra layer of protection to your login process: Time-Based One-Time Password, or TOTP, authentication using authenticator apps. This gives you and new users more options for securing your account, including our existing SMS and WhatsApp solutions.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

## What is TOTP?

TOTP is a type of two-factor authentication that generates a temporary, time-sensitive code that you will need to enter in addition to your regular password. This code is generated by an authenticator app on your smartphone, such as Google Authenticator (on the Play Store or Apple App Store), Microsoft Authenticator, or Ente Auth.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

# How Does it Work?

Here is a quick step-by-step explanation:

1. We generate a shared secret key and store it securely.

2. The authenticator app uses this key and the current time to generate a unique code.

3. You will enter this code when you log in, along with your regular password.

4. Our system generates a code using the same logic as your authenticator app and checks the code to see that it matches.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

|  | <ul><li>**Authentication Server:** Manages user accounts and validates credentials</li><li>**TOTP Generator Service:** Handles time-based code generation and validation</li><li>**Client Application:** Simulates the authenticator app experience</li><li>**Database Layer:** Stores user data and connection information securely</li></ul> https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://www.twilio.com/docs/authy/api



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | [authenticators-work/](#) |
| the service provider receiving from the client a service provider identifier for the client and a one-time password from the client to use in authenticating the client through the authentication service, wherein the authentication service sent the one-time password to the client in exchange for a client moniker; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) receiving from the client a service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused instrumentality) and a one-time password (e.g., secure key) from the client (e.g., a user of the accused instrumentality) to use in authenticating the client (e.g., a user of the accused instrumentality) through the authentication service, wherein the authentication service sent the one-time password (e.g., secure key) to the client (e.g., a user of the accused instrumentality) in exchange for a client moniker (e.g., client information such as email, phone, etc.). <br><br> The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Vonage web app, etc., a service provider, an authenticator app and an authentication service. <br><br>   <br><br> [https://ui.idp.vonage.com/ui/auth/login?](https://ui.idp.vonage.com/ui/auth/login?) |

context=eyJoeWRyYUZsb3ciOiIwMGRkZjA0Ny1mZmE5LTQxZWMtOWVmNi0wMTU2NjhlYTljMj
YiLCJzdWJqZWN0IjoiIiwiZm9yY2VJZFAiOiIiLCJvaWRjJQ29udGV4dCI6eyJhY3JfdmFsdWVzIjpudWx
sLCJ1aV9sb2NhbGVzIjpudWxsfSwiY2xpZW50SUQiOiJkYXNoa29hcmQtdm5liwicmVuaXpN0c
mF0aW9uRmxvdyI6IiIsImxvZ2luRmxvdyI6IkF6TkdieWWFNRWoxcy91dHdpdGk9yeEN3KytpQkdx
RnVWTExSZlBwZFFBxZnBpZ01CQU5ra1FTdzh4S1F1SUFpeUhvOOHpvVkdKM3RzUTUzVmxIZ25H
M3RydDdHaVlSK29JNm53ejdZN1RRY2YrT0ZJcFZ2QWStlMDhMMllPYktOcys5IiwiYWRkcmVzc1Zl
cmlmeSI6bnVsbCwiZm9yY2VMb2dnZWRPdXQiOmZhbHNlLCJmbG93VHJhY2VJZCI6ImM2NTJIN
GQ1LTUzZWYtNDE0Zi1hZmQwLTIyYWU0Y2ZmOTE2YiIsInBob25lIVmVyaWZpZWQiOmZhbHNlf
Q==

# Introducing TOTP Two-Factor Authentication for Secure Logins

Published on February 6, 2025    **#2fa**    **#security**    **#authentication**

Time to read: 2 minutes

[ 📋 Copy for LLM ]    [ 👁 View as Markdown ]

At Vonage, we are committed to keeping your account secure. That is why we're introducing a new way to add an extra layer of protection to your login process: Time-Based One-Time Password, or TOTP, authentication using authenticator apps. This gives you and new users more options for securing your account, including our existing SMS and WhatsApp solutions.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

# What is TOTP?

TOTP is a type of two-factor authentication that generates a temporary, time-sensitive code that you will need to enter in addition to your regular password. This code is generated by an authenticator app on your smartphone, such as Google Authenticator (on the Play Store or Apple App Store), Microsoft Authenticator, or Ente Auth.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

# How Does it Work?

Here is a quick step-by-step explanation:

1. We generate a shared secret key and store it securely.

2. The authenticator app uses this key and the current time to generate a unique code.

3. You will enter this code when you log in, along with your regular password.

4. Our system generates a code using the same logic as your authenticator app and checks the code to see that it matches.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

| | As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.

Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user. |



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely
  https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,                                           client moniker
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0                    Password
};
```

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

<table>
<tr><td></td><td>

[authenticators-work/](https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/)

**Stage 2**

Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.

Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.

Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.

[https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/](https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/)

</td></tr>
<tr><td>

the service provider verifying that the service provider identifier received from the client matches the prior service provider identifier, and represents a valid service provider identifier;

</td><td>

The accused instrumentality discloses the service provider (e.g., the accused instrumentality) verifying that the service provider identifier (e.g., login credentials such as email, phone number, etc.) received from the client (e.g., a user of the accused instrumentality) matches the prior service provider identifier (e.g., login credentials such as email, phone number, etc.) and represents a valid service provider identifier (e.g., login credentials such as email, phone number, etc.).

The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. A first factor of the two-factor authentication is the user login credentials such as email, password, phone, etc., which is validated at a service provider i.e., the accused instrumentality and a second factor is an authentication code derived from a secure key which

</td></tr>
</table>

is validated at an authentication service.





https://ui.idp.vonage.com/ui/auth/login?
context=eyJoeWRyYUZsb3ciOiIwMGRkZjA0Ny1mZmE5LTQxZWMtOWVmNi0wMTU2NjhlYTljMj
YiLCJjzdWJqZWN0IjoiIiwiZm9yY2VJZFAiOiIiLCJvaWRjQ29udGV4dCI6eyJhY3JfdmFsdWVzIjpudWx
sLCJ1aV9sb2NhbGVzIjpudWxsfSwiY2xpZW50SUQiOiJkYXNoYm9hcmQtdm5iIiwicmVnaXN0c
mF0aW9uRmxvdyI6IiIsImxvZ2luRmxvdyI6IkF6TkdyeWFFNWRooxy91dHdpdyi91dHdpdk9yeEN3KytpOkdx
RnVWTExSZlBwZFBxZnBpZ01CQU5ra1FTdzh4S1F1SUFeUhOOHpvVkdKM3RzUTUzVmxqIZ25H
M3RydDdHaVlSK29JNm53ejdZN1RRY2YrT0ZJcFZQWStIMDhMMllPYktOcys5IiwiYWRkcmVzc1Zl
cmImeSI6bnVsbCwiZm9yY2VMb2dnZWRPdXQiOmZhbHNlLCJmbG93Y2VJZCI6ImM2NTJlN
GQ1LTUzZWYtNDE0Zi1hZmQwLTIyYWU0Y2ZmOTE2YiIsInBob25lVmVyaWZpZWQiOmZhbHNlf
Q==

# Introducing TOTP Two-Factor Authentication for Secure Logins

Published on February 6, 2025    **#2fa**    **#security**    **#authentication**

Time to read: 2 minutes

🗔 **Copy for LLM**        ⊚ **View as Markdown**

At Vonage, we are committed to keeping your account secure. That is why we're introducing a new way to add an extra layer of protection to your login process: Time-Based One-Time Password, or TOTP, authentication using authenticator apps. This gives you and new users more options for securing your account, including our existing SMS and WhatsApp solutions.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

# What is TOTP?

TOTP is a type of two-factor authentication that generates a temporary, time-sensitive code that you will need to enter in addition to your regular password. This code is generated by an authenticator app on your smartphone, such as Google Authenticator (on the Play Store or Apple App Store), Microsoft Authenticator, or Ente Auth.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

# How Does it Work?

Here is a quick step-by-step explanation:

1. We generate a shared secret key and store it securely.

2. The authenticator app uses this key and the current time to generate a unique code.

3. You will enter this code when you log in, along with your regular password.

4. Our system generates a code using the same logic as your authenticator app and checks the code to see that it matches.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

<table>
<tr>
<td></td>
<td>

Two-factor authentication (2FA), sometimes referred to as *two-step verification* or *dual-factor authentication*, is a security process in which users provide two different authentication factors to verify themselves.

2FA is implemented to better protect both a user's credentials and the resources the user can access. It's typically used as part of a broader effort to prevent data breaches and the potential loss of personal data.

Two-factor authentication provides a higher level of security than authentication methods that depend on single-factor authentication. With SFA, the user provides only one authenticating factor, typically a password or passcode. Two-factor authentication methods rely on a user providing a password as the first factor and a second factor that's different from the initial factor, usually either a security token or a biometric factor such as a fingerprint or facial scan.

https://www.techtarget.com/searchsecurity/definition/two-factor-authentication

</td>
</tr>
<tr>
<td>

the service provider sending the one-time password to the authentication service in order to receive a client authentication service identifier from the authentication

</td>
<td>

The accused instrumentality discloses the service provider sending the one-time password (e.g., secure key) to the authentication service in order to receive a client authentication service identifier from the authentication service and identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider.

The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Vonage web app, etc., a service provider, an authenticator app and an authentication service.

</td>
</tr>
</table>

service; identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider.





https://ui.idp.vonage.com/ui/auth/login?context=eyJoeWRyYUZsb3ciOiIwMGRkZjA0Ny1mZmE5LTQxZWMtOWVmNi0wMTU2NjhlYTljMjYiLCJzdWJqZWN0IjoiIiwiZm9yY2VJZFAiOiIiLCJvaWRjJQ29udGV4dCI6eyJhY3JfdmFsdWVzIjpudWxsLCJ1aV9sb2NhbGVzIjpudWxsfSwiY2xpZW50SUQiOiJkYXNoYm9hcmQtdm5sIiwicmVnaXN0cmF0aW9uRmxvdyI6IiIsImxvZ2luRmxvdyI6IkF6TkdyeWWFNRWoxcy91dHddpdk9yeEN3KytpQkdkxRnVWTExSZJBwZFBxZnBpZ0I1CQU5ra1FTdzh4S1F1SUFieUhOOH0HpvVkdKM3RzUTUzVmxxIZ25HM3RydDdHaVlSZK29JNm53ejdZN1RRY2YrT0JJcFZQWStlMDhMMMllPYktOcys5iiwiYWRrcmVzc1ZlcmlmeSI6bnVsbCwiZm9yY2MVb2dnZWRpdXQiQiOmZhbHNlLCJmbbG93VHJhY2VJZCI6ImM2NTJlNGQ1LTUzZWYtNDE0Zi1hZmQwLTIyYWU0Y2ZmOTE2YiIsInBob2xlVmVyaWZpZWQiOmZhbHNlfQ==

# Introducing TOTP Two-Factor Authentication for Secure Logins

Published on February 6, 2025      **#2fa**    **#security**    **#authentication**

Time to read: 2 minutes

🗔 **Copy for LLM**          ◎ **View as Markdown**

At Vonage, we are committed to keeping your account secure. That is why we're introducing a new way to add an extra layer of protection to your login process: Time-Based One-Time Password, or TOTP, authentication using authenticator apps. This gives you and new users more options for securing your account, including our existing SMS and WhatsApp solutions.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

The accused instrumentality induces use of an authenticator app for the two-factor authentication.

# What is TOTP?

TOTP is a type of two-factor authentication that generates a temporary, time-sensitive code that you will need to enter in addition to your regular password. This code is generated by an authenticator app on your smartphone, such as Google Authenticator (on the Play Store or Apple App Store), Microsoft Authenticator, or Ente Auth.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

# How Does it Work?

Here is a quick step-by-step explanation:

1. We generate a shared secret key and store it securely.

2. The authenticator app uses this key and the current time to generate a unique code.

3. You will enter this code when you log in, along with your regular password.

4. Our system generates a code using the same logic as your authenticator app and checks the code to see that it matches.

https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins



https://developer.vonage.com/en/blog/introducing-totp-two-factor-authentication-for-secure-logins

| | As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.<br><br>Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user. |



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely
  https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,                          client moniker
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,                    Password
    SignedInValidated = 0
};
```

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



```
Step 1: Create an Authy User  🔗

1  # Download the SDK from https://github.com/twilio/authy-python
2  from authy.api import AuthyApiClient
3
4  # Your API key from twilio.com/console/authy/applications
5  # DANGER! This is insecure. See https://twil.io/secure
6  authy_api = AuthyApiClient('api_key')
7
8  user = authy_api.users.create(
9      email='new_user@example.com',          Client moniker
10      phone='405-342-5699',
11      country_code=57)
12
13  if user.ok():
14      print user.id
15      # user.id is the `authy_id` needed for future requests
16  else:
17      print user.errors()          Authentication service identifier
```

https://www.twilio.com/docs/authy/api



https://www.twilio.com/docs/authy/api



**Stage 1 - User enables two-step authentication service**

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

authenticators-work/

## Stage 2

Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.

Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.

Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/